Stephen L. Baker (SB 1859)
Neil B. Friedman (NF 0591)
**BAKER AND RANNELLS, PA**
C/o Reppert Kelly
1350 Broadway, 10th Floor
New York, NY  10018
Tel: (212) 481-7007
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BSH HOME APPLIANCES CORPORATION, | : |
| Plaintiff, | : **Civil Action No. 05 CV 4127 (ERK)** |
| v. | : |
| AJ MADISON CORP. d/b/a AJ MADISON, INC. | : **RULE 7.1 STATEMENT** |
| Defendant. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant Star Creations, Inc. d/b/a AJ Madison hereby certify that there is no publicly held parent, subsidiary or affiliate of Defendant Star Creations, Inc. d/b/a AJ Madison.

Dated: New York, New York
December 12, 2005

**BAKER AND RANNELLS, PA**
C/o Reppert Kelly
1350 Broadway, 10th Floor
New York, New York  10018

By: __/ Neil B. Friedman/
Stephen L. Baker (SB-1859)
Neil B. Friedman (NF0591)
Attorneys for Defendant